IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| vs. : | 5:04CR133 (DF) |
| : | |
| GERMAINE BROOKS : | |

## O R D E R

Upon the motion of the Government, and for the reasons set forth in the Government's Motion for Reconsideration of Pre-Trial Release Pending Sentencing, IT IS HEREBY ORDERED that:

A. The prior order for release pending sentencing is hereby revoked in total;

B. That Defendant shall immediately surrender to the United States Marshals Service pending sentencing; and,

C. That Defendant remain in custody until sentencing.

WHEREFORE, IT IS FURTHER ORDERED that if Defendant does not immediately surrender to the U.S. Marshals Service, a bench warrant shall be issued for Defendant's arrest and Defendant shall be brought before the Court to answer the allegations set forth in the Government's motion.

SO ORDERED, this 3rd day of June, 2005.

s/ Duross Fitzpatrick
DUROSS FITZPATRICK, JUDGE
UNITED STATES DISTRICT COURT

DF/has